Note—Reported at 391 N.E.2d 642.

RUSSELL McCARTY *v.* CARL A. SHEETS AND ANNA L. SHEETS.

[No. 3-877A209. Filed June 27, 1979. Rehearing denied August 14, 1979. Transfer granted July 8, 1981.]